

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00304-CR

Florencio **PALOMARES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2567-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 29, 2021.

_____
Beth Watkins, Justice